```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHAREÉ CAREY,                                               :
                                                            :
                            Plaintiff,                      :    23 Civ. 3061 (LGS)
                                                            :
              -against-                                     :         ORDER
                                                            :
NEW YORK STATE DEPARTMENT OF                                :
HEALTH,                                                     :
                                                            :
                            Defendant.                      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held on August 2, 2023.  It is hereby

**ORDERED** that by **August 4, 2023**, Plaintiff shall provide a copy of the proposed Second Amended Complaint ("SAC") to Defendants.  It is further

**ORDERED** that by **August 9, 2023**, Plaintiff shall file a letter stating whether, for the reasons discussed at the conference, she will omit age discrimination claims in her proposed SAC.

**ORDERED** that by **August 9, 2023**, Defendants shall file a letter stating whether Defendants object to Plaintiff's filing the proposed SAC.  Defendants shall also state whether they will consent to the Court's suggestion to answer the operative complaint and reserve their right to challenge the sufficiency of the pleadings in a later motion.

Dated: August 3, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE