UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAREÉ CAREY,

                              Plaintiff,              23 Civ. 3061 (LGS)

           -against-                             ORDER

NEW YORK STATE DEPARTMENT OF
HEALTH,

                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff has agreed to withdraw her age discrimination claim. Defendants consent to Plaintiff's filing a Second Amended Complaint ("SAC"). Defendants also have agreed to file Answers to the SAC and reserve the right to challenge its sufficiency in a motion for judgment on the pleadings at a later date. It is hereby

       **ORDERED** that Plaintiff shall file the SAC by **August 15, 2023**. The parties may stipulate to withdrawing the age discrimination claim. It is further

       **ORDERED** that Defendants shall file their Answers to the SAC by **August 29, 2023**.

Dated: August 10, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE