# MADUEGBUNA COOPER LLP
## ATTORNEYS AT LAW
### 30 WALL STREET
### 8TH FLOOR
### NEW YORK, NEW YORK 10005

(212) 232-0155

FAX: (212) 232-0156

www.mcande.com

December 10, 2025

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED in part**.  The deadline to file the joint pretrial order, proposed jury instructions, proposed verdict sheet and proposed voir dire is **ADJOURNED** from December 12, 2025, to **December 15, 2025**.

Dated: December 11, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:**   *Chareé Carey v. N.Y.S. Department of Health, et al.*
         **Docket No.: 23-cv-03601 (LGS)(SDA)**

Dear Judge Schofield:

We represent Plaintiff Chareé Carey and write jointly with all defendants to respectfully request an extension of time to file the Joint Pretrial Order ("JPTO"), proposed jury instructions, proposed verdict sheet, and proposed voir dire, from December 12 to December 19, 2025.

The request is warranted for two primary reasons. First, the parties have been working cooperatively and in good faith to resolve a substantial number of outstanding issues across the JPTO and related submissions, including multiple exhibit revisions, objections, and formatting matters. However, despite these efforts, the current December 12 deadline cannot reasonably be met. On November 25, defendants requested—and the parties agreed to—an additional week to finalize their portions of the JPTO and proposed filings to secure necessary client approval, due to the Thanksgiving holidays. Defendants' draft materials were therefore not provided to Plaintiff until December 2. Plaintiff has since been diligently reviewing and incorporating those materials and has already circulated updated drafts to counsel. Nonetheless, the parties require additional time to review each other's revisions, reconcile differences, and produce a unified and accurate set of joint submissions.

Second, the parties' ability to finalize the joint materials is further constrained by existing litigation obligations. Plaintiff's counsel is currently conducting previously scheduled depositions in *Raissa Lomba-Ajoku v. New York State Office of Cannabis Management*, No. 24-cv-06112-AT-OTW, with two depositions occurring this week and three more next week pursuant to Judge Wang's firm deposition deadline of December 19. These commitments significantly limit the time

*Carey v. N.Y.S. DOH, et al.*
**December 10, 2025**
**Page 2 of 2**

_____

available to complete the collaborative drafting and review required for the JPTO, jury instructions, verdict sheet, and voir dire.

Finally, the Court has advised the parties that it will not rule on the motions in limine before the January 15, 2026 pretrial conference. Accordingly, granting this short extension will not prejudice either side or disrupt the Court's schedule, and will instead assist the parties in providing the Court with accurate, complete, and fully vetted joint submissions by December 19, 2025.

We thank the Court for its consideration of this request.

Respectfully submitted,

Samuel O. Maduegbuna

SOM/clg
cc:    All Counsel of Record