UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                 :

CHAREE CAREY,

                                Plaintiff,    :

                                                 :            23 Civ. 3061 (LGS)

                -against-                 :

                                                   :                 **ORDER**

N.Y.S. DEPARTMENT OF HEALTH, et al.,    :

                                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that in light of the parties' settlement discussions, the trial scheduled to begin on February 2, 2026, at 10:00 a.m., is **ADJOURNED** to **April 13, 2026**, at **10:00 a.m.**  It is further

**ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after April 13, 2026.  It is further

**ORDERED** that the final pretrial conference scheduled for January 28, 2026, at 3:00 p.m. is **ADJOURNED** to **March 30, 2026**, at **3:00 p.m.**  The conference can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

Dated:  January 22, 2026
        New York, New York

                                                          LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**